# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3360
LT Case No. 2023-CC-034474

_____

DOUGLAS HALLER,

Appellant,

v.

OLYMPUS INSURANCE COMPANY,

Appellee.

_____

On appeal from the County Court for Brevard County.
Kenneth Friedland, Judge.

Matthew Struble, of StrubleCohen, Indialantic, for Appellant.

Todd L. Wallen, of Wallen Kelley, Coral Gables, for Appellee.

June 16, 2026

PER CURIAM.

AFFIRMED.

MAKAR, EDWARDS, and HARRIS, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————